■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES ROBINSON, Appellant. [823 NYS2d 750]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered on or about March 22, 2005, unanimously affirmed.

No opinion. Order filed. Concur—Andrias, J.P., Friedman, Marlow, Nardelli and Sweeny, JJ.